UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOEY TUAN,

     Plaintiff(s),

  v.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, et al.,

     Defendant(s).
_____/

CASE NO. CV 10-2530 SBA

STIPULATION AND ORDER SELECTING ADR PROCESS

  Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐ Non-binding Arbitration (ADR L.R. 4)
☐ Early Neutral Evaluation (ENE)   (ADR L.R. 5)
☐ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
☒ Private ADR (*please identify process and provider*)  Private Mediation.

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

☐ other requested deadline _____

Dated: August 25, 2010

               *s/ Peter S. Sessions*
               Peter S. Sessions
               Attorney for Plaintiff Joey Tuan

Dated: August 25, 2010

               *s/ Dennis G. Rolstad*
               Dennis G. Rolstad
               Attorneys for Defendants
               Hartford Life And Accident Insurance
               Company and PwC Health And Welfare
               Benefits Plan

American LegalNet, Inc.
www.USCourtForms.com

**ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
☐ Non-binding Arbitration
☐ Early Neutral Evaluation (ENE)
☐ Mediation
X Private ADR

Deadline for ADR session
X 90 days from the date of this order.
☐ other _____

IT IS SO ORDERED.

Dated: 8/30/10                                        *Sandra B. Armstrong*
                                                      UNITED STATES DISTRICT JUDGE

American LegalNet, Inc.
www.USCourtForms.com