KANTOR & KANTOR
GLENN R. KANTOR, SBN 122643
gkantor@kantorlaw.net
PETER S. SESSIONS, SBN 193301
psesssons@kantorlaw.net
19839 Nordhoff Street
Northridge, California 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff
JOEY TUAN

SEDGWICK, DETERT, MORAN & ARNOLD LLP
BRUCE D. CELEBREZZE, SBN 102181
bruce.celebrezze@sdma.com
DENNIS G. ROLSTAD  SBN 150006
dennis.rolstad@sdma.com
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendants
HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY
And PRICEWATERHOUSECOOPERS LLP HEALTH AND
WELFARE BENEFITS PLAN (erroneously sued herein as
PwC HEALTH AND WELFARE BENEFITS PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEY TUAN,<br><br>             Plaintiff,<br><br>       v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; PwC HEALTH AND WELFARE BENEFITS PLAN,<br><br>             Defendant. | CASE NO. CV 10-2530 SBA<br><br>ORDER GRANTING DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |

In accordance with the parties' Stipulation For Dismissal of Entire Action with Prejudice,

1  it is hereby ORDERED that this entire action is dismissed with prejudice, including the
2  complaint and any and all cross-claims or counter-claims, each party to bear his or its own
3  attorneys' fees and costs.
4      IT IS SO ORDERED.
5  Dated: _1/18/11

                              *Saundra B. Armstrong*
                            Honorable Saundra B. Armstrong